1   Matthew D. Mellen, (SBN: 233350)
    Jessica Galletta (SBN: 281179)
2   Sarah Adelaars (SBN: 281748)
    MELLEN LAW FIRM
3   411 Borel Avenue, Suite 230
    San Mateo, California 94402
4   Telephone:  (650) 638-0120
    Facsimile:  (650) 638-0125
5
    Attorneys for Plaintiff,
6   SYLVIA CHUKUANI

7

8                   UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

10

11  SYLVIA CHUKUANI, an individual,          Case No.: 3:13-CV-00500-JSW

12              Plaintiff,                   [Assigned to the Hon. Jeffrey S. White]

13         v.                               **PLAINTIFF'S FURTHER BRIEFING
                                            AS REQUIRED BY THE COURT'S
14  WELLS FARGO BANK, N.A., a business      ORDER DATED OCTOBER 16, 2013**
    entity; and DOES 1 through 50, inclusive,
15                                          Date:      December 13, 2013
                Defendants.                 Time:      9:00 a.m.
16                                          Ctrm:      11 (19th Floor)

17

18

19

20

21

22

23

24

25

26

27

28

FURTHER BRIEFING ON DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

1

2       Pursuant to the Court's Order of October 16, 2013 [Dkt. No. 37] Plaintiff SYLVIA

3   CHUKUANI hereby submits this further brief to address whether Plaintiff may state an ECOA

4   claim.

**A.      Plaintiff's Claim under ECOA is Properly Pleaded.**

5       It is well settled law that, absent a default, Plaintiff's loan modification application would

6   fall under the statutory requirements set forth in 15 USC § 1691(d)(1).  However, the Court takes

7   issue with whether Plaintiff can state a claim under ECOA if Plaintiff was in default.  First,

8   Plaintiff was not in default under the Deed of Trust.  In fact, Plaintiff was current on her mortgage

9   however, based on an accounting error on Defendant's part, it considered Plaintiff to be in

10  default, which was not the case.  (FAC at ¶ 11-14).  Plaintiff should not be punished because

11  Defendant failed to keep a correct account of her loan.

12              **B.      <u>CONCLUSION</u>**

13      Based on the foregoing arguments, Plaintiff respectfully requests that the Court either (1)

14  overrule Defendant's Motion to Dismiss in regards to the ECOA cause of action; (2) grant

15  Plaintiff leave to amend her cause of action for ECOA; or (3) if the Court is inclined to dismiss

16  the ECOA cause of action without leave to amend, Plaintiff respectfully request that the Court

17  retain jurisdiction over this matter based on supplemental jurisdiction and allow the parties to

18  submit further briefing regarding supplemental jurisdiction.

19

20  DATED: October 24, 2013                    Respectfully submitted,

21                                              _/s/ Sarah Adelaars_
22                                              Sarah Adelaars, Esq.
                                                Attorneys for Plaintiff
23

24

25

26

27

28

1